UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CROSS, DAVID N.

Case No.: 17-28403-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 2, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 334 NEW BROOKLYN RD, BERLIN NJ 08009-9508<br>(FMV $45,000.00) |
|---|---|

| Liens on property: | $91,378.60 - Wells Fargo |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-28403-ABA
David N. Cross                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                Page 1 of 1              Date Rcvd: Nov 29, 2017
                                  Form ID: pdf905            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db              David N. Cross,    334 New Brooklyn Rd,    Berlin, NJ 08009-9508
517059814       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517059815       Direct TV,    Attn: Enhances Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
517059816      +Emergecy Phys. Assoc.,    Attn: Account Resolution Services,    1643 N Harrison Pkwy,
                 Sunrise, FL 33323-2857
517059817       KML Law Group, PC,    216 Haddon Ave,    Westmont, NJ 08108-2809
517059818       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517059819       Razor Capital,    Attn: Frontline Asset Strategies,    2700 Snelling Ave N Ste 250,
                 Roseville, MN 55113-1783
517111774       Razor Capital, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,    Rochester, MI 48308-0730
517059820      +Verizon New Jersey,    500 Technology Drive,    Weldon Springs, NJ 63304-2225
517059821      +Wells Fargo Home Equity,    POB 31557,    Billings, MT 59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2017 23:16:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2017 23:16:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517059813      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 29 2017 23:15:42      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
                                                                                              TOTAL: 3
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
```
              Andrew Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC., TRUST 2003-SD1, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2003-SD1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Scott M. Zauber    on behalf of Debtor David N. Cross szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```