Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                     Case No.: 17−28403−ABA
                                     Chapter: 7
                                     Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David N. Cross
    334 New Brooklyn Rd
    Berlin, NJ 08009−9508

Social Security No.:
    xxx−xx−3678

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 5, 2018
JAN: kaj

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
David N. Cross
    Debtor

Case No. 17-28403-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2018
                        Form ID: cscnodsc     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
```
db              David N. Cross,    334 New Brooklyn Rd,    Berlin, NJ 08009-9508
517059814       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517059815       Direct TV,    Attn: Enhances Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
517059816      +Emergecy Phys. Assoc.,    Attn: Account Resolution Services,    1643 N Harrison Pkwy,
                 Sunrise, FL 33323-2857
517059817       KML Law Group, PC,    216 Haddon Ave,    Westmont, NJ 08108-2809
517059818       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517059819       Razor Capital,    Attn: Frontline Asset Strategies,    2700 Snelling Ave N Ste 250,
                 Roseville, MN 55113-1783
517111774       Razor Capital, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,    Rochester, MI 48308-0730
517059820      +Verizon New Jersey,    500 Technology Drive,    Weldon Springs, NJ 63304-2225
517059821      +Wells Fargo Home Equity,    POB 31557,    Billings, MT 59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517059813      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 05 2018 23:27:03      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
                                                                                               TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
```
              Andrew   Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC., TRUST 2003-SD1, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2003-SD1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Scott M. Zauber    on behalf of Debtor David N. Cross szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```